RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 1 7 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF GEORIGIA

# ATLANTA DIVISION

**Elizabeth Beasley**

FEDERAL CASE NUMBER

**1:20-CV-0252**

Petitioner

VS.

First Key homes

STATE COURT CASE NUMBER

19ED150558

Respondents

## NOTICE OF REMOVAL and FEDERAL STAY OF EVICTION PURSUANT TO 28 U.S.C.A. 1446(D)

TO:

You are hereby notified of the filing of a Petition for removal in the United States District Court for the Northern District of Georgia, Atlanta Division of the above stated case from the Magistrate Court of Fulton County in accordance with the provisions of 28 USCA 1446 Judiciary and Procedure.

The eviction procedure and proceedings conducted by the landlord are completely in violation of the United States Constitution as well as at the Georgia Constitution

The proceedings occurring in violation of the, 15 USC 1692(A), and the Fourteenth Amendment of the U.S . Constitution Pursuant to the provisions of section 28 USCA 1446(d) the Magistrate Court of Fulton County shall not proceed with any judicial proceedings against the of the petitioner until this case is remanded or so ordered from the United States District Court.

Petitioner

Pro se

Receipt is hereby acknowledged of the foregoing written notice and of filing the petition for removal.

Cc

Clerk of the Magistrate Court of Fulton County

Fulton County Magistrate Court
****E-FILED****
Date: 12/30/2019 12:00 AM
Catherine Robinson, Clerk
19ED130558

**MAGISTRATE COURT OF FULTON COUNTY, STATE OF GEORGIA**
PROCEEDINGS AGAINST TENANT HOLDING OVER

Dispossessory Division
185 Central Avenue, SW TG100
Atlanta, Georgia 30303
(404) 613-5360
www.magistratefulton.org

Attn: Eric Sumer LLC

PO Box 451617
Atlanta GA 31145

PLAINTIFF'S NAME/ADDRESS/PHONE/EMAIL

CASE #

v.

Elizabeth C Beasley and all others

Elizabeth Cruikshank, ESQ          #815835

5486 Union Hill Court
Union City GA 30291
DEFENDANT'S NAME & ADDRESS

PLAINTIFF'S ATTORNEY NAME/ADDRESS/PHONE/EMAIL

1. Defendant is in possession as tenant of premises at the address in Fulton County as stated above.
2. Affiant is the   ☐ Owner   ☐ Attorney   ☒ Agent   ☐ Tenant of the owner of said premises.
3. Defendant   ☒ fails to pay the rent which is now past due
   ☐ holds the premises over and beyond the term for which they rented to him
   ☐ no longer has permission to remain in the premises
   ☐ other grounds: _____
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.

WHEREFORE, Plaintiff DEMANDS
   (a) Possession of the premises.
   (b) Past due rent of $ 1445.00 _____ for the month(s) DEC
   (c) Rent accruing up to the date of judgement of vacancy at the rate of $ 1445.00 _____ per Month
   (d) Other  See attached

By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct.

/s/ Kellee Wiese _____          12/29/2019
PLAINTIFF(S) or AFFIANT          DATE          PHONE NUMBER / EMAIL ADDRESS

## SUMMONS

TO: THE MARSHAL of the Magistrate Court of Fulton County or his lawful deputies:

GREETINGS. The tenant must file either an online (www.AnswerDispo.com), oral or written Answer at Room TG100, 185 Central Avenue, SW, Atlanta, Georgia, 30303 between 8:30AM and 5:00PM within seven (7) days from the date of the actual service unless the seventh day is a Saturday, a Sunday, or a Court holiday, in which case the Answer may be made on the next day which is not a Saturday, a Sunday, or a Court holiday. If the Answer is oral, the substance thereof shall be endorsed on the dispossessory affidavit. The Answer may contain any legal or equitable defense or counterclaim. If no valid legal or factual Answer is filed, a writ of possession may be issued pursuant to O.C.G.A. § 44-7-53. If no Answer is made, a writ of possession shall issue instanter. WITNESS the Honorable Chief Judge of said Court. The above affidavit was sworn to and subscribed before the undersigned Deputy Clerk by affiant as provided by O.C.G.A. § 44-7-50 and summons issues pursuant thereto.

12/29/2019 3:00 PM

This _____ day of _____

_____
DEPUTY CLERK

### PRIVATE PROCESS SERVER AFFIDAVIT OF SERVICE

I have served the foregoing Affidavit and Summons on the Defendant(s) by delivering a copy of same:
☐ PERSONALLY  ☐ DEFENDANT NOT FOUND AT WITHIN ADDRESS ON SAID SUMMONS AND AFFIDAVIT
☐ NOTORIOUSLY (NAME) _____ Age ___ Wt. ___ Ht. ___
☐ TACK & MAIL. Posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed after attempting personal service. Said copy containing notice to the Defendant(s) to answer at the hour and place in said summons.

DATE OF SERVICE: 12/31/19          DEFENDANT TO ANSWER ON OR BEFORE: 1/6/20

_____          _____
PROFESSIONAL PROCESS SERVER          NOTARY

## ANSWER