. IN UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORIGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 21 2020

By: JAMES N. HATTEN, Clerk
_____ Deputy Clerk

Elizabeth Beasley

Appellant

FEDERAL CASE NUMBER

1:20-cv-00252-ELR

VS.

First Key homes

Appllee

STATE COURT CASE NUMBER

19ED150558

**NOTICE OF APPEAL (De Novo)**

Pursuant to 28 USCA 1295 (a) (1) (2)

Notice is hereby given that the Appellant above-named, hereby appeals the order of not to reconsider entered in the US District Court for the Northern District of Georgia Atlanta division. This appeal is to the United States District Court with; actions and executions arising from such order including but not limited to the Order of Possession and Writ of Possession. "Clerk of the Court shall omit nothing from the record".

No transcript shall follow this appeal.

NOTICE:.

NOTICE: SUPERSEDEAS (STAY) of the execution of a writ of possession, eviction and in the Magistrate Court of fulton County.

No transcript shall follow this appeal.

*[signature]*

Appellant,
Pro se

# IN UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF GEORIGIA

# ATLANTA DIVISION

## CERTIFICATE OF SERVICE

I certify that this pleading was served by US Mail of with adequate postage there upon the Appellee by mailing a true copy to the Attorney of record:

This _____ Day of _____ 2019

*[signature]*