IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-10744-J

_____

FIRSTKEY HOMES, LLC,

                                                                                  Plaintiff-Appellee,

versus

ELIZABETH C. BEASLEY,
and all others,

                                                                                  Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

Before: WILLIAM PRYOR, MARTIN and ROSENBAUM, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The district court's February 19, 2020, order remanding the action to state court based on a lack of federal subject matter jurisdiction is not reviewable on appeal or otherwise. *See* 28 U.S.C. § 1447(c), (d); *Corporate Mgmt. Advisors, Inc. v. Artjen Complexus, Inc.*, 561 F.3d 1294, 1296 (11th Cir. 2009); *New v. Sports & Recreation, Inc.*, 114 F.3d 1092, 1095-96 (11th Cir. 1997).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 16, 2020

Elizabeth C. Beasley
5458 UNION HILL CRT
UNION CITY, GA 30291

Appeal Number: 20-10744-J
Case Style: FirstKey Homes, LLC v. Elizabeth Beasley
District Court Docket No: 1:20-cv-00252-ELR

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Davina C Burney-Smith, J
Phone #: (404) 335-6183

Enclosure(s)

DIS-4 Multi-purpose dismissal letter